AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov
*Attorneys for Defendant*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK SMITH JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, *et al*., <br><br> Defendants | Case No. 3:24-cv-00063-MMD-CLB <br><br> **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41** |

Plaintiff Mark Smith, by and through counsel Scott Olifant, and Defendant the State of Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 13th day of February, 2026.

By: */s/ Scott Olifant*
Scott Olifant (Bar. No. 7471)
*Plaintiff's Attorney*

DATED this 13th day of February, 2026.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this <u>18th</u> day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE

Page **1** of **1**